UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 05-10048-NG |
| ) | |
| 11. ROSA IRIS VELASQUEZ TEJEDA, ) | |
| Defendant. ) | |

DISMISSAL OF INDICTMENT

Pursuant to FRCP 48(a), and in the interests of justice, the government hereby dismisses the Indictment against Rosa Iris Velasquez Tejeda charging her with conspiracy to possess with intent to distribute heroin in violation of 21 U.S.C. § 846.

Respectfully submitted,

_____
JACK W. PIROZZOLO
Acting United States Attorney

July 25, 2011

Leave to File Granted:

_____
NANCY GERTNER
United States District Court Judge
Date: 7/25/11